155 A.3d 444

**TUCKER, Deonte**

v.

**STATE of Maryland**

**Pet. Docket No. 401, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1362, Sept. Term, 2014).

Petition for writ of certiorari denied

■

155 A.3d 444

**YAWORSKY**

v.

**DANE EQUITIES 2015**

**Pet. Docket No. 530, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Dismissed by the Court of Special Appeals (No. 787, Sept. Term 2016).

Petition for writ of certiorari denied